Jacob D. Bundick (NV Bar No. 9772)
bundickj@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

*Counsel for Defendant*
*CIT Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ETIENNE A. SULLIVAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CIT BANK, N.A., EXPERIAN INFORMATION SERVICES, INC., and TRANSUNION, LLC,<br><br>Defendants. | Case No. **2:16-cv-02985-RFB-NJK**<br><br>**SECOND UNOPPOSED MOTION AND ORDER TO EXTEND DEFENDANT CIT BANK, NATIONAL ASSOCIATION'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Defendant CIT Bank, N.A. ("**CIT**"), through its attorney Jacob Bundick, Esq. with the law firm of Greenberg Traurig, LLP, hereby moves the Court for an extension of time to through and including **February 10, 2017** for CIT to answer, respond, or otherwise plead to Plaintiff Plaintiff's Complaint in this action. Plaintiff's attorney Vernon A. Nelson, Jr., Esq. has represented to the undersigned Counsel that Plaintiff has no opposition to the requested extension herein, and has agreed to the requested extension. Cause exists for the requested extension as Counsel for CIT was recently retained and still requires some additional time to further review

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

ATL 21833177v1

CIT's records and assess Plaintiff's Complaint. This is CIT's second request for an extension which is not filed for purposes of delay or any other improper purpose.

DATED this 3rd day of February, 2017.

GREENBERG TRAURIG, LLP

/s/ Jacob D. Bundick
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
bundickj@gtlaw.com
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: 702-792-3773
*Counsel for Defendant CIT Bank, N.A.*

**ORDER**

IT IS ORDERED THAT CIT Bank, N.A. shall have until February 10, 2017 to respond to Plaintiff's Complaint.

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE
DATED: February 6, 2017

- 2 -

ATL 21833177v1