JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: bundickj@gtlaw.com

*Counsel for Defendant*
*CIT Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ETIENNE A. SULLIVAN,<br><br>Plaintiff,<br><br>vs.<br><br>CIT BANK, N.A.; EXPERIAN INFORMATION SERVICES, INC.; and TRANSUNION, LLC,<br><br>Defendants. | Case No.: 2:16-cv-02985-RFB-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE REPLY BRIEF DEADLINE** |

The parties, by and through their undersigned counsel, stipulate and agree as follows:

1. Defendant CIT Bank, N.A. filed a Motion to Dismiss Complaint [Dkt. 16]. Plaintiff Etienne A. Sullivan timely opposed the Motion [Dkt. 18]. The current deadline for CIT Bank, N.A.'s Reply in Support of the Motion to Dismiss Complaint is March 3, 2017.

/ / /

/ / /

/ / /

LA 132957315v1

Page 1

2. The parties are in agreement that the deadline for CIT Bank, N.A. to file its Reply in Support of the Motion to Dismiss shall be extended from March 3, 2017 to March 8, 2017.

**IT IS SO STIPULATED.**

DATED this 3rd day of March, 2017.

GREENBERG TRAURIG, LLP

*/s/ Jacob D. Bundick, Esq.*
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
3773 Howard Hughes Parkway, Suite 400 N
Las Vegas, NV 89169
*Counsel for Defendant CIT Bank, N.A.*

DATED this 3rd day of March, 2017.

THE LAW OFFICE OF VERNON NELSON

*/s/ Vernon A. Nelson, Jr., Esq.*
VERNON A. NELSON, JR., ESQ.
Nevada Bar No. 6434
9480 S. Eastern Avenue, Suite 244
Las Vegas, NV 89123
*Counsel for Plaintiff Etienne A. Sullivan*

**IT IS SO ORDERED** this  7th   day of March, 2017.

RICHARD F. BOULWARE, II
United States District Judge

**GREENBERG TRAURIG, LLP**
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

LA 132957315v1

## CERTIFICATE OF SERVICE

Under Fed. R. Civ. P. 5(b), I certify that on March 3, 2017, a copy of the foregoing **STIPULATION AND ORDER TO CONTINUE REPLY BRIEF DEADLINE** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Courts' CM/ECF system.

                                                  */s/ Shayna Noyce*
                                                  An employee of Greenberg Traurig, LLP

**GREENBERG TRAURIG, LLP**
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

LA 132957315v1