# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ETIENNE A. SULLIVAN,<br><br>                 Plaintiff(s),<br><br>vs.<br><br>CIT BANK, N.A., et al.,<br><br>                 Defendant(s). | Case No. 2:16-cv-02985-RFB-NJK<br><br>ORDER |

      To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than March 17, 2017, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

      IT IS SO ORDERED.

      DATED: March 10, 2017

                                                _____
                                                NANCY J. KOPPE
                                                United States Magistrate Judge