# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ETIENNE A. SULLIVAN,<br><br>        Plaintiff(s),<br><br>vs.<br><br>CIT BANK, N.A., et al.,<br><br>        Defendant(s). | Case No. 2:16-cv-02985-RFB-NJK<br><br>ORDER |

Pending before the Court is the parties' proposed stipulated discovery plan and scheduling order. Docket No. 23. Defendant CIT Bank, N.A. has separately filed a motion to stay discovery. Docket No. 24. Accordingly, the parties' proposed stipulated discovery plan and scheduling order, Docket No. 23, is **DENIED** without prejudice pending resolution of Defendant's motion to stay discovery.

IT IS SO ORDERED.

DATED: March 20, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge