# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ETIENNE A. SULLIVAN,       ) | | |
|                            ) | | |
|              Plaintiff(s), ) | Case No. 2:16-cv-02985-RFB-NJK | |
|                            ) | | |
| vs.                        ) | ORDER | |
|                            ) | | |
| CIT BANK, N.A., et al.,    ) | | |
|                            ) | (Docket No. 24) | |
|             Defendant(s).  ) | | |

Pending before the Court is a motion to stay discovery pending resolution of Defendant CIT Bank, N.A.'s motion to dismiss. *See* Docket No. 24; *see also* Docket No. 16 (motion to dismiss). No response was filed. *See* Docket. Therefore, the Court may properly grant the motion as unopposed. *See* Local Rule 7-2(d). Additionally, the Court has reviewed Defendant's motion and finds it meritorious. Accordingly, Defendant's motion to stay discovery, Docket No. 24, is hereby **GRANTED**. Discovery is stayed as to this defendant. Plaintiff and CIT Bank shall file a joint proposed discovery plan and scheduling order within 14 days of the resolution of Defendant's motion to dismiss, in the event it is not granted in full.

IT IS SO ORDERED.

DATED: April 4, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge