**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ETIENNE A. SULLIVAN, | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No. 2:16-cv-02985-RFB-NJK |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CIT BANK, N.A., et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

On March 17, 2017, the parties submitted a joint proposed discovery plan and scheduling order, which the Court denied without prejudice pending resolution of Defendant CIT Bank's motion to stay discovery. Docket Nos. 23, 25. Pursuant to the Court's order at Docket No. 27, this action is now stayed as to Defendant CIT Bank. Accordingly, the Court hereby **ORDERS** Plaintiff and the remaining defendants to file a joint proposed discovery plan, no later than April 11, 2017.

IT IS SO ORDERED.

DATED: April 4, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge