VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Ave., Ste. 252
Las Vegas, NV 89123
Tel.: 702-476-2500
Fax.: 702-476-2788
E-mail: vnelson@nelsonlawfirmlv.com
*Attorney for Plaintiff Etienne A. Sullivan*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ETIENNE A. SULLIVAN, | Case No.: 2:16-cv-02985-RFB-NJK |
| Plaintiff, | STIPULATION AND ORDER |
| v. | ~~JOINT STATUS REPORT~~ |
| CIT BANK, N.A, EXPERIAN INFORMATION SERVICES, INC., and TRANS UNION, LLC, | |
| Defendants. | |

Pursuant to the Notice of Settlement, and along with the Court's Order [ECF No. 37] dated June 21, 2017, the parties hereby submit this Joint Status Report, as follows.

1. <u>Pending Matters:</u> <u>Settlement</u>. The dispute between Plaintiff and Defendant TRANS UNION, LLC, ("Trans Union") has been resolved.

2. <u>Request for an Extension of Time to File Stipulation For Dismissal of the Action</u>. At this time, the Parties respectfully requests this Court to grant the parties an extension of time to file the Stipulation for Dismissal of the Action against Trans Union for an additional sixty (60) days. The Parties are still working together in finalizing the settlement agreement and release which includes Stipulation for Dismissal with Prejudice and an accompanying Order of Dismissal

with Prejudice. The Parties represent that they will need additional sixty (60) days to complete such documentation and settlement.

DATED this 21st day of August, 2017

DATED this 21st day of August, 2017.

THE LAW OFFICE OF VERNON NELSON

LEWIS BRISBOIS BISGAARD & SMITH LLP

   */s/Vernon Nelson*
VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
9480 S. Eastern Ave., Ste. 252
Las Vegas, NV 89123
Tel.: 702-476-2500
Fax : 702-476-2788
Email : vnelson@nelsonlawfirmlv.com
*Attorneys for Plaintiff*

   */s/Jason Revzin*
Jason G. Revzin, Esq.
Nevada Bar No.:
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89119
Telephone: 702-893-3383
Facsimile: 702-893-3789
Email: Jason.revzin@lewisbrisbois.com
*Attorneys for Defendant TRANS UNION, LLC*

**IT IS SO ORDERED that the settling parties shall have until October 20, 2017 to file stipulation to dismiss or a joint report advising when the stipulation to dismiss will be filed.**
Only for defendant TRANS UNION per Pg. 1 No. 19.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: August 30, 2017.

CASE NO: 2:16-cv-02985-RFB-NJK