VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Ave., Ste. 252
Las Vegas, NV 89123
Tel.: 702-476-2500
Fax.: 702-476-2788
E-mail: vnelson@nelsonlawfirmlv.com
*Attorney for Plaintiff Etienne A. Sullivan*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ETIENNE A. SULLIVAN, | Case No.: 2:16-cv-02985-RFB-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS DEFENDANT TRANS UNION, LLC.** |
| CIT BANK, N.A, EXPERIAN INFORMATION SERVICES, INC., and TRANS UNION, LLC, | |
| Defendants. | |

Upon agreement between Plaintiff ETIENNE A. SULLIVAN ("Plaintiff") and Defendant TRANS UNION LLC ("Defendant"):

IT IS HEREBY STIPULATED that the Defendant, TRANS UNION, LLC shall be dismissed from this action, with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS FURTHER STIPULATED that each party shall bear its own costs and attorney's fees.

**IT IS SO STIPULATED this 20th day of September, 2017.**

THE LAW OFFICE OF VERNON NELSON    LEWIS BRISBOIS BISGAARD & SMITH LLP


_____/s/ Vernon Nelson_____    _____/s/ Jason G. Revzin_____

VERNON NELSON, ESQ.    Jason G. Revzin, Esq.
Nevada Bar No.: 6434    Nevada Bar No. 8629
9480 S. Eastern Avenue, Suite 252    6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV   89123    Las Vegas, Nevada 89118
Tel:  702-476-2500    Telephone: (702) 893-3383
Fax:  702-476-2788    Facsimile: (702) 893-3789
E-Mail:  vnelson@nelsonlawfirmlv.com    Email: jason.revzin@lewisbrisbois.com
*Attorney for Plaintiff Etienne A. Sullivan*    *Attorneys for Defendants, Trans Union, LLC.*

GREENBERG TRAURIG, LLP    NAYLOR & BRASTER


_____/s/  Jacob D. Bundick_____    _____/s/ Jennifer L. Braster_____

Jacob D. Bundick, Esq.    Jennifer L. Braster, Esq.
Nevada Bar No. 9772    Nevada Bar No. 9982
bundickj@gtlaw.com    1050 Indigo Drive, Suite 200
3773 Howard Hughes Parkway    Las Vegas, NV 89145
Suite 400 North    (T) (702) 420-7000
Las Vegas, Nevada 89169    (F) (702) 420-7001
Telephone: (702) 792-3773    jbraster@naylorandbrasterlaw.com
Facsimile: (702) 792-9002    *Attorneys for Defendant Experian Information*
*Attornys for CIT BANK, N.A.*    *Solutions, Inc..*

<u>**ORDER**</u>

      **IT IS SO ORDERED.**  Per the stipulation of the parties, Defendant Trans Union LLC shall be dismissed from this action with prejudice.

      **IT IS FURTHER ORDERED**. Per the stipulation of the parties, Plaintiff ETIENNE A. SULLIVAN and Defendant TRANS UNION, LLC. shall bear their own costs and attorneys' fees.


_____
RICHARD F. BOULWARE, II
United States District Judge
Dated:  ___September 25, 2017._____

CASE NO:  2:16-cv-02985-RFB-NJK

Sullivan v. CIT Bank, N.A., et. al.
Case No.: 2:16-cv-02985-RFB-NJK
Stipulation and (proposed) Order to Dismiss With Prejudice – Trans
Union, LLC

2