# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ETIENNE A. SULLIVAN, | Case No. 2:16-cv-02985-RFB-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 53) |
| CIT BANK, N.A., et al., | |
| Defendant(s). | |

Pending before the Court is the parties' stipulation to stay discovery. Docket No. 53. The parties request a stay of discovery pending a settlement conference they claim to have requested between Plaintiff and Defendant CIT Bank, N.A. *Id.* No settlement conference has been requested, and the Court will not issue an order on a stipulation to stay discovery that is predicated on a speculative event. Therefore, the Court **DENIES** without prejudice the parties' stipulation to stay discovery.[1] *Id.*

IT IS SO ORDERED.

DATED: October 26, 2017

		 _____
		 NANCY J. KOPPE
		 United States Magistrate Judge

---

[1] The Court expresses no opinion as to the merits of any renewed request to stay discovery nor any request for settlement conference.