# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ETIENNE A. SULLIVAN | Case No. 2:16-cv-02985-RFB-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 69) |
| CIT BANK, N.A., et al., | |
| Defendant(s). | |

Before the Court is a status report filed by Defendant Experian Information Solutions, Inc. ("Experian"). Docket No. 69. On December 7, 2017, the parties reached a settlement. Docket No. 68. Defendant Experian submits it sent Plaintiff a copy of the settlement agreement on December 12, 2017 and is awaiting an executed copy, and requests until February 23, 2018 to file a stipulation of dismissal. Docket No. 69. The Court **ORDERS** the parties to file a stipulation of dismissal no later than February 23, 2018.

IT IS SO ORDERED.

DATED: January 23, 2018

NANCY J. KOPPE
United States Magistrate Judge