Jacob D. Bundick, Esq.
NV Bar No. 9772
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400N
Las Vegas, Nevada 89169
Tel:     702.792.3773
Fax:    702.792.9002
Email: bundickj@gtlaw.com
*Counsel for Defendant*
*CIT Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ETIENNE A. SULLIVAN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CIT BANK, N.A.; EXPERIAN INFORMATION SERVICES, INC.; and TRANSUNION, LLC,<br><br>　　　　　Defendants. | Case No. 2:16-cv-02985-RFB-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF DEADLINE RE: STATUS OF SETTLEMENT DOCUMENTS** |

COMES NOW Defendant CIT Bank, N.A. ("CITB") and Plaintiff Etienne A. Sulllivan ("Plaintiff"), by and through their respective counsel of record in the above-captioned matter, and hereby stipulate and agree, pursuant to LR 7-1, as follows:

IT IS HEREBY STIPULATED THAT:

1. The Plaintiff and CITB have reached an agreement on all terms of a settlement agreement. Plaintiff and CITB are now in the process of executing the agreement.

2. The Plaintiff and CITB have agreed to extend the deadline scheduled for February 23, 2018 to March 30, 2018. The extension will allow the parties to complete a settlement of the matter.

| | |
|---|---|
| Dated: February 23, 2018 | Dated: February 23, 2018 |
| GREENBERG TRAURIG, LLP | THE LAW OFFICE OF VERNON NELSON |
| /s/ Jacob D. Bundick<br>JACOB D. BUNDICK, ESQ.<br>3773 Howard Hughes Parkway<br>Suite 400N<br>Las Vegas, Nevada 89169<br>Tel:   702.792.3773<br>Fax:   702.792.9002<br>bundickj@gtlaw.com<br>*Counsel for Defendant*<br>*CIT Bank, N.A.* | /s/ Melissa Ingleby<br>VERNON A. NELSON, JR.<br>MELISSA INGLEBY, ESQ.<br>9480 S. Eastern Avenue<br>Suite 252<br>Las Vegas, NV 89123<br>Tel:  702.476.2500<br>Fax: 702.476.2788<br>vnelson@nelsonlawfirmlv.com<br>mingleby@nelsonlawfirmlv.com<br>*Counsel for Plaintiff Etienne A. Sullivan* |

**IT IS SO ORDERED** this 26th day of February 2018.

_____
UNITED STATES MAGISTRATE JUDGE

LA 133536719v1