**1** VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
THE LAW OFFICE OF VERNON NELSON
**2** 9480 S. Eastern Ave., Ste. 252
Las Vegas, NV  89123
**3** Tel.: 702-476-2500
Fax.: 702-476-2788
**4** E-mail: vnelson@nelsonlawfirmlv.com
*Attorney for Plaintiff Etienne A. Sullivan*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ETIENNE A. SULLIVAN,<br><br>Plaintiff,<br><br>v.<br><br>CIT BANK, N.A, EXPERIAN INFORMATION SERVICES, INC., and TRANS UNION, LLC,<br><br>Defendants. | Case No.:  2:16-cv-02985-RFB-NJK<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT CIT BANK, N.A. WITH PREJUDICE** |

Upon agreement between Plaintiff, ETIENNE A. SULLIVAN ("Plaintiff") and Defendant CIT BANK, N.A ("Defendant"):

IT IS HEREBY STIPULATED that the Defendant, CIT BANK, N.A shall be dismissed from this action, with prejudice.

| | |
|---|---|
| DATED this 12th day of March, 2018 | DATED this 12th day of March, 2018 |
| THE LAW OFFICE OF VERNON NELSON | GREENBERG TRAURIG, LLC |
| */s/Vernon Nelson* | */s/ Jacob D. Bundick* |
| VERNON A. NELSON, JR., ESQ.<br>Nevada Bar No.: 6434<br>9480 S. Eastern Ave., Ste. 252<br>Las Vegas, NV  89123<br>Tel.: 702-476-2500<br>Fax : 702-476-2788<br>Email : vnelson@nelsonlawfirmlv.com<br>*Attorney for Plaintiff Etienne A. Sullivan* | Jacob D. Bundick, Esq.<br>Nevada Bar No.: 9772<br>3773 Howard Hughes Parkway,<br>Suite 400 North<br>Las Vegas, Nevada  89169<br>Telephone:  (702) 792-3773<br>Facsimile:  (702) 792-9002<br>Email:  bundickj@gtlaw.com<br>*Attorneys for Defendant CIT BANK, N.A.* |

## ORDER

**IT IS SO ORDERED per** the stipulation of the parties, Defendant CIT BANK, N.A., shall be dismissed from this action with prejudice.

**IT IS FURTHER ORDERED** per the stipulation of the parties, Plaintiff ETIENNE A. SULLIVAN and CIT BANK, N.A, shall bear their own costs and attorney's fees.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 13th day of March, 2018.

CASE NO.: 2:16-cv-02985-RFB-NJK