VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Ave., Ste. 252
Las Vegas, NV 89123
Tel.: 702-476-2500
Fax.: 702-476-2788
E-mail: vnelson@nelsonlawfirmlv.com
*Attorney for Plaintiff Etienne A. Sullivan*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ETIENNE A. SULLIVAN,<br><br>Plaintiff,<br><br>v.<br><br>CIT BANK, N.A, EXPERIAN INFORMATION SERVICES, INC., and TRANS UNION, LLC,<br><br>Defendants. | Case No.: 2:16-cv-02985-RFB-NJK<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ERRONEOUSLY SUED AS EXPERIAN INFORMATION SERVICES, INC. WITH PREJUDICE** |

Upon agreement between Plaintiff, ETIENNE A. SULLIVAN ("Plaintiff") and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ERRONEOUSLY SUED AS EXPERIAN INFORMATION SERVICES, INC. ("Defendant"):

IT IS HEREBY STIPULATED that the Defendant, EXPERIAN INFORMATION SOLUTIONS, INC. ERRONEOUSLY SUED AS EXPERIAN INFORMATION SERVICES, INC.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

shall be dismissed from this action, with prejudice.

DATED this 15th day of March, 2018

THE LAW OFFICE OF VERNON NELSON

   */s/Vernon Nelson*
VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
9480 S. Eastern Ave., Ste. 252
Las Vegas, NV 89123
Tel.: 702-476-2500
Fax : 702-476-2788
Email : vnelson@nelsonlawfirmlv.com
*Attorney for Plaintiff Etienne A. Sullivan*

DATED this 15th day of March, 2018

NAYLOR & BRASTER

  */s/ Jennifer L. Braster*
Jennifer L. Braster,
Nevada Bar No. 9982
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Tel: 702-420-7000
Fax: 702- 420-7001
Email: jbraster@naylorandbrasterlaw.com
**AND**
Katherine A. Neben
(has been admitted pro hac vice)
CA State Bar No. 263099
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
*Attorneys for Defendant Experian Information Solutions, Inc.*

## **ORDER**

**IT IS SO ORDERED per** the stipulation of the parties, Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ERRONEOUSLY SUED AS EXPERIAN INFORMATION SERVICES, INC., shall be dismissed from this action with prejudice.

**IT IS FURTHER ORDERED** per the stipulation of the parties, Plaintiff ETIENNE A. SULLIVAN and EXPERIAN INFORMATION SOLUTIONS, INC. ERRONEOUSLY SUED AS EXPERIAN INFORMATION SERVICES, INC., shall bear their own costs and attorney's fees.

RICHARD F. BOULWARE, II
United States District Judge
DATED this 19th day of March, 2018.
CASE NO.: 2:16-cv-02985-RFB-NJK